In the Matter of MORRIS BUILDERS, LP, et al., Respondents, v EMPIRE ZONE DESIGNATION BOARD et al., Appellants.

Submitted October 29, 2012; decided December 11, 2012

Motion to strike addendum to appellants' brief and references thereto in appellants' brief granted and this material is deemed stricken.